# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

Tanya Beaulieu and Joseph Beaulieu
p.p.a. Brady Beaulieu
V.

Michelle Hughes, M.D. and Southcoast
Hospital Groups - Charlton Memorial
Hospital

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

## 05 10878 MLW

FILED
CLERKS OFFICE
2005 MAY 20  P 1:48
U.S. DISTRICT COURT
DISTRICT OF MASS

TO: (Name and address of Defendant)

Southcoast Hospital Groups - Charlton Memorial Hospital, 363 Highland Avenue
Fall River, Massachusetts

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Karen A. Alegria, Esq.
Brian CUnha & Associates, P.C.
311 Pine Street
Fall River, MA 02720

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                    APR 29 2005
CLERK                                                 DATE

_____
(By) DEPUTY CLERK

RETURN OF SERVICE

**Bristol County Deputy Sheriffs' Office** • P.O. Box 8928 • New Bedford, MA 02742-0928 • (508) 992-6631

**Bristol, ss.**                                                                 May 12, 2005

I hereby certify and return that on 5/11/2005 at 10:18 am I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to Deborah Couto, agent, person in charge at the time of service for Southcoast Hospital Groups, 363 Highland Avenue, Fall River, MA. Copies ($2.00), Conveyance ($1.50), Travel ($22.40), Basic Service Fee ($30.00), Postage and Handling ($2.75), Attest Fee ($5.00) Total Charges $63.65

_[signature]_
Deputy Sheriff

Deputy Sheriff Dennis Medeiros

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    Date                         Signature of Server

                                      _____
                                      Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

_Deborah F. Couto_
_Risk Mgmt   5/11/05_