# UNITED STATES DISTRICT COURT

District of  MASSACHUSETTS

Tanya Beaulieu and Joseph Beaulieu, p.p.a.
Brady Beaulieu, a minor

V.

Michelle Hughes, M.D. and Southcoast
Hospital Groups - Charlton Memorial
Hospital

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

## 05 10878 MLW

TO: (Name and address of Defendant)

Michelle Hughes, M.D., 300 Hanover Street, Suite 2A, Fall River, MA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Karen A. Alegria, Esq.
Brian Cunha & Associates, P.C.
311 Pine Street
Fall River, MA 02720

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

APR 29 2005

CLERK

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

**Bristol County Deputy Sheriffs' Office • P.O. Box 8928 • New Bedford, MA 02742-0928 • (508) 992-6631**

*Bristol, ss.*

May 12, 2005

I hereby certify and return that on 5/11/2005 at 10:40 am I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to Sheila Santos, agent, person in charge at the time of service for Michelle Hughes, M.D., 300 Hanover Street, Suite 2A, Fall River, MA. Copies ($2.00), Conveyance ($1.50), Travel ($22.40), Basic Service Fee ($30.00), Postage and Handling ($2.75), Attest Fee ($5.00) Total Charges $63.65

_____
Deputy Sheriff

Deputy Sheriff Dennis Medeiros

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
              Date                       Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.