UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10878MLW

| | |
|---|---|
| TANYA BEAULIEU and JOSEPH BEAULIEU PPA BRADY BEAULIEU, a minor<br>    Plaintiffs<br><br>v.<br><br>MICHELLE HUGHES, M.D. and<br>SOUTHCOAST HOSPITALS GROUP –<br>CHARLTON MEMORIAL HOSPITAL<br>    Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

MOTION OF DEFENDANT
SOUTHCOAST HOSPITAL GROUPS-CHARLTON MEMORIAL HOSPITAL,
PROPERLY SOUTHCOAST HOSPITALS GROUP,
UNDER RULES 12(b)(1) and 12(b)(2)
TO DISMISS PLAINTIFFS' COMPLAINT
**DEFENDANT'S REQUEST FOR HEARING**

The Defendant Southcoast Hospitals Group – Charlton Memorial Hospital, properly Southcoast Hospitals Group, move under Rule 12(b)(1) and Rule 12(b)(2), Fed. R. Civ. P. for dismissal of Plaintiffs' Complaint.

A memorandum of law and an Affidavit of Stephen Piers, R.N., B.S.N., Risk Manager, Southcoast Hospitals Group, accompany this Motion.

As grounds for this Motion the Defendant states:

Beaulieu et al. v.Southcoast Hospitals Group et al.                                    2
Defendant's Motion Under Rules 12(b)(1) and 12(b)(2)

1. Plaintiffs contend that this Court has jurisdiction based on diversity of the parties and an alleged amount in controversy in excess of seventy-five thousand ($75,000) dollars. <u>Plaintiffs' Complaint</u>, ¶6.

2. Plaintiffs contend that they reside at 71 Blueberry Lane, Tiverton, Rhode Island. <u>Plaintiffs' Complaint</u>, ¶¶ 1-3.

3. Plaintiffs allege that Defendant Michelle Hughes, M.D., "is, on information and belief, a resident of the Commonwealth of Massachusetts". <u>Plaintiffs' Complaint</u>, ¶3.

4. The Defendant Hughes in fact is a resident of Rhode Island. <u>Affidavit of Stephen Pires, R.N., Director of Risk Management.</u>

5. "When a plaintiff sues more than one defendant in a diversity action, the plaintiff must meet the requirements of the diversity statute for each defendant or face dismissal." *Newman-Green, Inc., v. Alfonzo-Larrain et al.*, 490 U.S. 826, 929 (1989) (citing *Strawbridge v. Curtiss*, 3 Cranch 267 (1806).

6. Therefore Plaintiffs' Complaint must be dismissed as this Court lacks jurisdiction.

## REQUEST FOR ORAL ARGUMENT

The Defendant Southcoast Hospitals Group – Charlton Memorial Hospital, properly Southcoast Hospitals Group, requests oral argument on this motion.

>Respectfully submitted,
>Defendant Southcoast Hospitals Group –
>Charlton Memorial Hospital,
>Properly Southcoast Hospitals Group,
>By counsel,

Beaulieu et al. v. Southcoast Hospitals Group et al.   3
Defendant's Motion Under Rules 12(b)(1) and 12(b)(2)

> Joan Eldridge
> B.B.O. #152720
> Foster & Eldridge, LLP
> One Canal Park Suite 2100
> Cambridge, MA 02141
> Tele: 617 252 3366

Dated: 6/16/05

## CERTIFICATE OF COMPLIANCE

I, Joan Eldridge, certify that I have discussed this motion to dismiss with Karen Allegra, attorney for plaintiffs, prior to filing this Motion and that we were unable to resolve this Motion as plaintiffs' counsel wishes further time to investigate the jurisdictional issue.

Signed under the pains and penalties of perjury.

> Joan Eldridge, Esquire
> B.B.O. # 152720
> Foster & Eldridge, LLP
> One Canal Park, Suite 2100
> Cambridge, MA 02141
> Tele: 617-252-3366

Date: 6/16/05

## CERTIFICATE OF SERVICE

I, Joan Eldridge, hereby certify that on this date I served the enclosed Motion of Defendant Southcoast Hospital Groups-Charlton Memorial Hospital, Properly Southcoast Hospitals Group, Under Rule 12(b)(1) and 12(b)(2) to Dismiss Plaintiffs' Complaint; Defendant's Request for Hearing with Accompanying Affidavit of Stephen Pires, R.N., B.S.N. on:

> Karen Allegra, Esquire
> Brian, Cunha & Associates
> 311 Pine Street
> Fall River, MA 02720

By mailing a copy of the same, first-class postage prepaid to the above.

Signed under the pains and penalties of perjury.

> Joan Eldridge, Esquire
> B.B.O. # 152720
> Foster & Eldridge, LLP
> One Canal Park, Suite 2100
> Cambridge, MA 02141
> Tele: 617-252-3366

Date: 6/16/05