UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10878MLW

TANYA BEAULIEU and JOSEPH BEAULIEU
PPA BRADY BEAULIEU, a minor
    Plaintiffs

v.

MICHELLE HUGHES, M.D. and
SOUTHCOAST HOSPITALS GROUP –
CHARLTON MEMORIAL HOSPITAL
    Defendants

Affidavit of Stephen Pires, R.N., B.S.N.

I, Stephen Pires, R.N., B.S.N., being first duly sworn, depose and say based on the records maintained by Southcoast Hospitals Group, Inc.:

1. I hold the position of Risk Manager at Southcoast Hospitals Group at the Charlton Memorial Campus.

2. The Hospital maintains records as to the home addresses of physicians.

3. Based on the records of my office, the home address for Michelle Hughes, M.D., is, and on April 27, 2005, was, in Rhode Island.

Signed under the pains and penalties of perjury
this 10th day of June 2005,
in my corporate capacity only as
Risk Manager, Southcoast Hospitals Group,
Charlton Memorial campus,

_____
Stephen Pires, R.N., B.S.N.,
Risk Manager