UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TANYA BEAULIEU and JOSEPH BEAULIEU<br>p.p.a. BRADY BEAULIEU, a minor<br>    *Plaintiffs*<br><br>VS.<br><br>MICHELLE HUGHES, M.D. and<br>SOUTHCOAST HOSPITALS GROUP-<br>CHARLTON MEMORIAL HOSPITAL,<br>    *Defendants* | C.A. NO.    05-10878MLW |

## PLAINTIFFS' MOTION TO VOLUNTARILY DISMISS WITHOUT PREJUDICE

Now come the Plaintiffs in the above-entitled matter and hereby request this Honorable Court dismiss the above-entitled action without prejudice.

As reasons therefore, Plaintiffs have just been apprised that the Defendant Michelle Hughes was living in Rhode Island at the time of filing of this Complaint and not Massachusetts and therefore there is no diversity of jurisdiction.

WHEREFORE, Plaintiffs pray this Honorable Court dismiss the above-entitled action without prejudice.

                                        Plaintiffs,
                                        By their Attorneys,
                                        BRIAN CUNHA & ASSOCIATES, P.C.

                                        _____
                                        Karen A. Alegria, Esquire, BBO# 563993
                                        3 N. Pine Street
                                        Fall River, MA  02720
                                        Tel: (508) 675-9500
                                        Fax: (508) 679-6360

## CERTIFICATE OF SERVICE

I, Karen A. Alegria, Esquire, certify that I have served a true copy of *Plaintiffs' Motion to Transfer*, by causing same to be served upon the defendant by mailing same first class, postage pre-paid to his attorney of record, Daniel Buoniconti, Esq., FOSTER & ELDRIDGE, LLP, One Canal Park, Suite 2100, Cambridge, MA 02141, this ___11___ day of July, 2005.

                                                            Karen A. Alegria, Esquire